David Lopez, Esq. (DL-6779)
Attorney For Plaintiff
171 Edge Of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel:   (631) 287-5520
Fax:   (631) 283-4735
e-Mail: DavidLopezEsq@aol.com

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON RUBENSTEIN,

            Plaintiff,

- against -

HC2 HOLDINGS, INC.,

            Defendant,

NOVATEL WIRELESS, INC.,

            **Nominal Defendant**

15 CIVIL 6939

NOTICE OF APPEARANCE

**To the Clerk of this Court and to all parties of record.:**

    Kindly enter my appearance as additional counsel in this case on behalf of the Plaintiff, Aaron Rubenstein.

    I certify that I am a member of the bar of this court.

Dated:   Southampton, New York
         September 8, 2015

Respectfully,

_____
David Lopez (DL - 6779)