# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

November 14, 2015

Hon. Shira A. Scheindlin
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **Rubenstein v. HC2 Holdings, Inc., 15 Civil 6939 (SAS)**

Your Honor:

I am one of plaintiff's attorneys and I write to inform the court that a settlement has been reached and a Stipulation of Settlement executed. The Stipulation is being forwarded to the Judgments and Orders clerk for review prior to submission to you.

This is a Section 16(b) short-swing trading case and, for purposes of preclusion of additional such suits, the Stipulation provides for its submission to the Court for approval within 14 days of execution. As execution was completed today, a Saturday, submission under F.R.C.P. Rule 6 will need to be on or before Monday, November 30, 2015.

I respectfully move that all case events listed in the Scheduling Order be adjourned *sine die* and that the filing of the Motion For Approval And For Award Of Attorneys' Fees be ordered to take place on or prior to November 30, 2015.

Very truly yours,

David Lopez

DL/el
cc:   All Attorneys of Record
      Via ECF