UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AARON RUBENSTEIN,

    Plaintiff,

- v -

HC2 HOLDINGS, INC.,

    Defendant,

- and -

NOVATEL WIRELESS, INC.,

    Nominal Defendant.

ECF CASE

15 CIVIL 6939 (SAS)

## PLAINTIFF'S UNOPOSED MOTION FOR APPROVAL OF SETTLEMENT AND AWARD OF AGREED ATTORNEYS' FEES INCLUSIVE OF DISBURSEMENTS

**PLEASE TAKE NOTICE** that plaintiff will move this court before the Hon. Shira A. Scheindlin, U.S. District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and at a time of the court's choosing, for approval of the terms of the Stipulation of Settlement submitted to the Judgments Clerk in this action on or about November 14, 2015, but not yet docketed and for the award of a fair and reasonable fee to plaintiff's attorneys in the amount of $37,500.00. This motion is based upon the affirmation of David Lopez, Esq. and all the papers and proceedings heretofore had herein. A copy of the Stipulation of Settlement appears as Exhibit A to the aforesaid affirmation.

Dated: Southampton, New York
November 30, 2015

_____
David Lopez (DL-6719)
*Attorney for Plaintiff*

David Lopez, Esq.
171 Edge of Woods Road
P.O. Box 323
Southampton, New York 11968
Tel: 631.287.5520
Fax: 631.283.4735
E-Mail: DavidLopezEsq@aol.com

Miriam Tauber, Esq.
885 Park Avenue, #2A
New York, New York 10075
Tel: 917.971.1137
E-Mail: miriamtauberlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2015, I caused a true and correct copy of the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMEN T AND AWARD OF AGREED ATTORNEYS' FEES INCLUSIVE OF DISBURSEMENTS to be served on each person who has appeared as counsel by filing the same through the Court's CM/ECF system.

Dated: Novmeber 30, 2015
Southampton, New York

_David Lopez_

24