UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AARON RUBENSTEIN,

    Plaintiff,

- v -

HC2 HOLDINGS, INC.,

    Defendant,

- and -

NOVATEL WIRELESS, INC.,

    Nominal Defendant.

ECF CASE

15 CIVIL 6939 (SAS)

## AFFIRMATION OF DAVID LOPEZ

**I, David Lopez**, affirm the truth of the following upon my oath as an attorney intending the penalties of perjury to apply. I am one of the attorneys for the plaintiff and I make these declarations of my own knowledge or to the best of my knowledge, information and belief.

1. Appended to this affirmation as Exhibit A is a true copy of the Stipulation of Settlement as submitted to the Judgments Clerk on or about November 14, 2015, and not yet docketed.

2. Appended to this affirmation as Exhibit B is a true copy of the Order entered by Judge Scheindlin of this court on August 1, 2011, in the case styled *Chechele v. Elsztain, et al. and Hersha Hospitality Trust*, 11 Civil 3320 (SAS).

3.  Appended to this affirmation as Exhibit C are contemporaneous time records for David Lopez.

4.  Appended to this affirmation are contemporaneous time records for Ronald and Miriam Tauber, a/k/a TauberLaw.

I affirm the foregoing to be true and correct intending the penalties of perjury to apply.

Dated: Southampton, New York
       November 30, 2015

_____
David Lopez (DL-6799)

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2015, I caused a true and correct copy of the foregoing AFFIRMATION OF DAVID LOPEZ (And Exhibits A to D) to be served on each person who has appeared as counsel by filing the same through the Court's CM/ECF system.

Dated: Novmeber 30, 2015
      Southampton, New York

*David Lopez*