# EXHIBIT C

Case 1:15-cv-06939-SAS   Document 26-3   Filed 11/30/15   Page

# DEBORAH DONOGHUE and AARON RUBENSTEIN
## On Behalf of Novatel Wireless Inc.
## vs. HC2 Holdings, Inc.
## S.D.N.Y.

| Date | Event | Time |
|---|---|---|
| 03/31/15 | Factual Research / SEC Filings. Legal research. Client consult. Drafted and mailed demand letter. Message to website. | 4.50 |
| 05/14/15 | Ltr. from Peter M. Stone and Paul Hastings. Reviewed file. Set aside. | .75 |
| 08/17/15 | E-mail exchange with Miriam. Refreshed case facts. | .25 |
| 08/25/15 | E-mail exchange with Miriam. Theories. | .45 |
| 08/27/15 | Discussion with Miriam re: profit calculations. | .50 |
| 08/29/15 | E-mail exchange with Miriam. Filing timeline. She will act on her client's behalf. No need for Ms. Donoghue to duplicate filing. | .35 |
| 09/02/15 | Complaint filed by Miriam. Reviewed before and after filing. | .50 |
| 09/08/15 | T/C and e-mail exchange with Miriam Tauber. Filed Notice of Appearance in her case on behalf of Rubenstein. Reviewed file from May. Analysis memo. | 1.00 |
| 09/09/15 | Have decided to defer to Miriam. My calendar is loaded. Prepared withdrawal of Notice of Appearance. | .50 |
| 09/15/15 | Miriam has asked me to review her file in an advisory capacity. Rcvd and Rvwd corresponence, profit calulations, etd. | 1.25 |
| 10/29/15 | Miriam has negotiated a settlement and has asked me to help with settlement paperwork. Agreed and began drafting Stipulation of Settlement and Final Order following the Achillion model. | 2.25 |

| Date | Description | Hours |
|---|---|---|
| 10/30/15 | Completed and sent to Miriam Stip and Order. | 1.25 |
| 11/10/15 | E-mail exchange with Miriam. Edits to Stip, etc. | .50 |
| 11/11/15 | Stip circulating through Miriam. | .25 |
| 11/14/15 | E-mail to Judgments Clerk seeking review of Stip and Order. | .35 |
| 11/15/15 | Began drafting of Memo in Support of Motion for Approval of Settlement. | 4.45 |
| 11/16/15 | Drafted and filed letter motion addressed to Judge Scheindlin to continue all case events sine die and to file a settlement motion on or prior to November 30. | .25 |
| 11/17/15 | Brief drafting. | 5.00 |
| 11/24/15 | E-mailed brief draft to Miriam. | 2.25 |
| 11/27/15 | E-mailed brief draft to all counsel. | 1.75 |
| 11/30/15 | Final edits on motion, brief, etc. Filed with court. | 7.35 |

Total Time Charge:    31.20 Hours @ $850.00 = $26,520