# EXHIBIT D

Novatel/HC2

| Date | Attorney | Hours | Activity |
|---|---|---|---|
| 5/21/15 | MT | 3.5 | Review SEC filings; profit calculations; demand |
| 5/22/15 | RST | 1 | Review SEC filings and demand letter |
| 7/15/15 | RST | 1.25 | Review Peter Stone email; call w/MT |
| 7/15/15 | MT | 1.5 | Review letter Peter Stone/Paul Hastings re: denial of short-swing profits. Reply to letter with detailed review of sales/purchases; call w/RST |
| 7/17/15 | MT | 0.5 | Review PS correspondence re: MT response email; analysis of claim |
| 8/4/15 | MT | 1 | Review PS correspondence stating no short-swing profits in response to MT response email. Reply to PS re: profit calculations. |
| 8/17/15 | MT | 0.5 | Email to DL re: involvement in claim. |
| 8/18/15 | MT | 0.75 | Profit calculations / options analysis |
| 8/25/15 | MT | 0.5 | Email to DL re: claim |
| 8/27/15 | MT | 0.5 | Email to DL re: profit calculations |
| 8/29/15 | MT | 0.5 | DL correspondence re: claim/profit calculations/filing. |
| 8/31/15 | MT | 0.5 | Email to DL re: filing timeline |
| 9/1/15 | MT | 3 | DL email re: filing timeline, completed draft complaint, review DL comments on complaint |
| 9/2/15 | MT | 0.5 | Filed complaint and Request for Issuance of Summons, correspondence w/PS re: complaint filed. |
| 9/3/15 | MT | 0.25 | review filing re: addresses included, dollar demand corrected; review profit calculations |
| 9/8/15 | MT | 1 | DL correspondence re: claim viability, profit calculations; review SEC filings |
| 9/9/15 | MT | 0.25 | Review PS email w/signed waiver of service |
| 9/13/15 | MT | 1 | Filed executed Waiver of Service, email to PS/JW re: profit calculations. |
| 9/13/15 | RST | 0.5 | Correspondence w/PS(PH), MT |
| 9/14/15 | MT | 1 | Review PS/JW email re: settlement potential, profit calculations, email to DL re: profit calculations |
| 9/15/15 | MT | 0.5 | Email with DL re: facts |
| 9/18/15 | MT | 1 | Review filing re: Order for Initial Pretrial Conference on 11/4/15, email to PS/JW re: conference and future discussions with HC2 counsel. |
| 9/21/15 | MT | 0.25 | Review PS/JW email re: appearance, conference. |
| 9/25/15 | MT | 0.25 | Review filings re: PS/JW representing Novatel, Rule 7.1 corp. disclosure statement. |
| 9/28/15 | MT | 0.25 | Review filings re: JW Rule 7.1 corp. disclosure statement. |
| 10/5/15 | MT | 0.5 | Discussion re: case facts |
| 10/5/15 | RST | 0.5 | Discussion re: case facts |

1

**Novatel/HC2**

| Date | Attorney | Hours | Activity |
|---|---|---|---|
| 10/7/15 | MT | 3 | Call w/RST re:HC2; Call with JH,PS (Latham) re: settlement. Discussion w/RST re: profit calculations, settlement |
| 10/7/15 | RST | 1 | Call w/MT; Calls w/Latham, prep. |
| 10/8/15 | MT | 2 | Review correspondence w/RST, RK re: settlement; review SEC filings |
| 10/8/15 | RST | 1 | Review SEC filings, Latham comments |
| 10/9/15 | MT | 3 | Call w/RST, RK (Latham) |
| 10/9/15 | RST | 2 | Call w/MT, RK, prep, call review |
| 10/12/15 | MT | 4 | Call w/RST, RK; review filings re: deputization defense |
| 10/12/15 | RST | 1 | Call w/MT, RK |
| 10/21/15 | RST | 1 | Prep for Latham call |
| 10/22/15 | MT | 1 | Call w/RST, JH (Latham) |
| 10/22/15 | RST | 1 | Call w/MT, JH |
| 10/26/15 | MT | 3 | Call w/PS; call w/JH re:settlement; email w/DL re: settlement; call w/RST;review SEC filings |
| 10/26/15 | RST | 1 | Call w/MT, JH |
| 10/27/15 | MT | 2 | Call w/PS re:Novatel fee approval; Email w/JH, PS (Latham), RST, for call scheduling re: settlement approval, court dates; draft settlement papers |
| 10/27/15 | RST | 2 | Settlement call |
| 10/28/15 | MT | 0.75 | Review draft letter to Judge Scheindlin re adjournment of answer and conf dates. |
| 10/28/15 | RST | 0.25 | Review draft letter to Judge Scheindlin re adjournment of answer and conf dates. |
| 10/29/15 | MT | 1 | Review email from clerk,PS(Latham) re: adjournment request; email w/DL re:settlement assistance, rejoining case. |
| 10/30/15 | MT | 1 | Review filing re: Adjournment granted; email w/DL re:rejoining, settlement drafting, bringing up to speed |
| 10/31/15 | MT | 0.5 | Review DL draft of Stipulation of Settlement and Final Order. |
| 11/1/15 | MT | 0.5 | Email to JH,PS(Latham),DL, RST re: DL appearance, sent draft stipulation, court filings; Discussion w/ RST re: DL notice |
| 11/1/15 | RST | 0.5 | Discussion w/ MT re: DL notice |
| 11/4/15 | MT | 0.5 | Voicemail/email w/JH re: review of draft stipulation |
| 11/4/15 | RST | 0.25 | Review draft stipulation of settlement. |
| 11/6/15 | MT | 1 | Review Latham edits to stipulation of settlement; forward draft to Novatel |
| 11/6/15 | RST | 0.5 | Review stipulation |
| 11/10/15 | MT | 1.5 | Call w/Latham,RST,DL re:settlement discussions; email to JW,PS(PH) re:draft stip and proposed order. |

Novatel/HC2

| Date | Attorney | Hours | Activity |
|---|---|---|---|
| 11/10/15 | RST | 1 | Call w/Latham,MT,DL re:settlement discussions |
| 11/11/15 | MT | 1 | Email w/PS(PH) re: Novatel approval; email w/DL re:settlement; email w/all counsel re:signatures |
| 11/12/15 | MT | 0.5 | Review email from PS(Latham) re:typos, signatures; email w/DL re:settlement. |
| 11/12/15 | RST | 0.25 | Stipulation edits |
| 11/14/15 | MT | 0.5 | Email w/DL re:stipulation of settlement, edits, letter to clerk asking for suspension sine die; Review DL filing First Letter Motion. |
| 11/15/15 | MT | 0.5 | Final edits in stip of settlement; sent to DL. |
| 11/16/15 | MT | 0.25 | Review DL email to court of Stipulation of Settlement and Proposed Final Order and Judgement. Review filing order granting motion fo Sine Die and motion to approve and award fees by 11/30/15. |
| 11/23/15 | MT | 0.1 | Review email w/PS(Latham) re:draft motion to approve settlement. |
| 11/24/15 | RST | 0.1 | Review brief, DL comments |
| 11/26/15 | MT | 0.1 | Email w/DL re:demonstration of diligence. |
| 11/27/15 | MT | 1 | Email w/DL re: draft memo supporting fee application, settlement negotiations in DL absence; review draft memo of law in suppoRST of motion for approval of settlement. |
| | | | |
| TOTALS | | | |
| | | Rate | Total Charge |
| Total RST | | 16.1  $750.00 | $12,075.00 |
| Total MT | | 48.2  $500.00 | $24,100.00 |
| Grand Total | | 64.3 | $36,175.00 |

3